## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Vincent H. Deal,** ) | |
| ) | |
| **Movants** ) | |
| ) | **Miscellaneous: 06-00021 (HHK)** |
| **v.** ) | |
| ) | |
| **UNITED STATES GOVERNMENT** ) | |
| **PRINTING OFFICE,** ) | |
| ) | |
| **Respondent.** ) | |
| ) | |

## DECLARATION

I, Special Agent Sonja L. Scott, pursuant to 28 U.S.C. § 1746 state:

1.      I am a Criminal Investigator with the United States Government Printing Office

(GPO), Office of the Inspector General (OIG).  I have over three years of federal law

enforcement experience, all of which have been conducting investigations into felony and

misdemeanor violations of federal law. I have had considerable training and experience relative

to the conduct of criminal investigations. I am duly commissioned as a Special Agent, and am

authorized to conduct criminal and other investigations arising under the laws of the United

States and contracts administered by the Government Printing Office, to carry firearms, to make

arrests, to serve subpoenas and summonses, and to require and receive information relating to

such laws and regulations.

2.      I am making this declaration in support of the enforcement of administrative

subpoenas *duces tecum* issued by the GPO Inspector General under authority of Public Law 95-452, the Inspector General Act of 1978, 5 U.S.C.A. app. 3, § 6(a)(4).

3.    The GPO OIG has a Congressional mandate to conduct audits and investigations relating to programs and operations of GPO in order to detect and prevent fraud, waste, and abuse. 5 U.S.C.A. app. 3, §§ 4(a)(1), 6(a)(4).

4.    On January 12, 2006, Gregory A. Brower, Inspector General, issued subpoenas *duces tecum* to Chevy Chase Bank and the American Express Corporation in relation to accounts held by Investors Real Estate and Mr. Vincent Deal, pursuant to an official GPO OIG investigation. The subpoenas requested information relating to account information, transactions, and other related banking statements for Mr. Deal and his company concerning Mr. Andre O. Alsop. Mr. Alsop is being investigated for alleged workers' compensation fraud. It is found that Mr. Alsop shares an account with American Express through Investors Real Estate, and has received checks from Investors Real Estate in the past. I am making this declaration based upon my first-hand knowledge of this investigation.

5.    Copies of the subpoenas, along with a Customer Notice, Statement of Rights Under the Right to Financial Privacy Act of 1978, a Motion Form, a Sworn Statement Form, a Certificate of Service, and instructions for completing forms were sent via certified mail on January 12, 2006 and were received by the Movant on January 18, 2006 at Investors Real Estate at 1400 Mercantile Lane, Suite 130, Upper Marlboro, Maryland 20774.

6.    The subpoenaed records are required for this official, legitimate OIG investigation. The GPO OIG opened an official investigation in order to determine whether Mr. Andre Alsop is committing Federal Employee Compensation Act (FECA) fraud by receiving income or benefits from Vincent Deal or Investors Real Estate. The OIG is required to

investigate such allegations in accordance with its statutory authority to investigate programs and operations of the GPO.

7.    In this case, Mr. Vincent Deal owns Investors Real Estate which has been in existence since 2001. The predecessor business owned by Mr. Deal was known as Deal Real Estate. It is known that Deal hired Alsop to work part time at Deal Real Estate in approximately 1990 while they were both employed at the GPO. It is alleged that Deal continued to employ Alsop after Alsop was allegedly injured on the job in February 1998 at the GPO. The GPO OIG contacted the Office of the Secretary of the State of Maryland and ascertained that Alsop applied to become a Notary Public on September 1, 2001. Alsop's office location was listed as 1400 Mercantile Lane, Suite 130, Upper Marlboro, Maryland 20774 which is the site of Investors Real Estate. Alsop also holds a real estate license in the state of Maryland (#598359) which he renewed January 25, 2005. The license reflects he is associated with Investors Real Estate.

8.    On February 24, 2005, the GPO OIG initiated an investigation on Alsop. The GPO OIG found a web site www.MECHEAPO.COM which reflected the following:

*Andre O. Alsop, a former Computer Spec/Systems Analyst with 26 yrs in Federal Government. *Realtor/Ofc Mgr at Investors Real Estate Inc since 1992, all phases of real estate, residential, commercial, prop. mgmt & re-fi's. Site under construction: www.InvestorsRealEstateInc.com*

9.    On March 7, 2005 the GPO OIG began surveillance on Alsop's residence at 821 Postwick Place, Bowie, Maryland 20716 and his office location at 1400 Mercantile Lane, Suite 130, Upper Marlboro, Maryland 20774. Alsop was observed routinely arriving at Investors Real Estate between 1:00 p.m. and 2:00 p.m and remaining until after 5:00 p.m. Surveillance was conducted on 20 occasions and Alsop was seen at the office on 14 of those occasions. On numerous occasions Alsop arrived with a key and opened the office.

10.    In July, 2005, during an undercover operation, an OIG Special Agent entered Investors Real Estate and was greeted by Mr. Alsop.  Alsop gave the agent a business card with his name and picture and the titles "Office Manager" and "Notary".  Alsop interviewed the OIG agent and inquired about credit and the type of house he wanted to purchase.  Mr. Alsop advised the agent to complete a form to authorize release of the agent's credit report.  Alsop further advised the he would set the agent up with a loan officer.

11.    A search warrant was executed on September 20, 2005 at Investors Real Estate. Documents obtained revealed that Mr. Alsop is listed as an employee on employee rosters. Business cards identifying Alsop as "Office Manager" for Investors Real Estate were also discovered.  The search also found checks from Investors Real Estate's Chevy Chase bank account to Mr. Alsop, and American Express invoices that list Mr. Alsop as an account holder on the Investors Real Estate account.

12.    With the evidence suggesting an employer/employee or agent/principal relationship between Alsop and Investors Real Estate, the subject subpoenas were issued in an effort to determine whether Alsop is receiving payment or other benefits from Vincent Deal or Investors Real Estate in violation of FECA.

13.    On February 8, 2006, the GPO OIG received a Motion to Challenge Government Access to Financial Records, from Mr. Vincent Deal.

14.    The subpoenaed records are indispensable to the proper conduct and completion of OIG's investigation, and are essential to this legitimate law enforcement inquiry.

15.    The GPO OIG has complied with the requirements of the Right to Financial Privacy Act and the Inspector General Act of 1978, in issuing the subpoenas.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed on this _22nd_ day of February, 2006.

Sonja L. Scott
Special Agent
Office of Inspector General
U.S. Government Printing Office