UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VINCENT H. DEAL,

           Movant,

    v.

UNITED STATES GOVERNMENT
PRINTING OFFICE,

           Respondent.

Miscellaneous 06-00021 (HHK)

**ORDER**

Before the court is a Motion to Challenge Government's Access to Financial Records, filed by movant, Vincent H. Deal ("Deal"), pursuant to the Right to Financial Privacy Act of 1978, 12 U.S.C. § 3401, *et seq.* Through this motion Deal seeks to quash administrative subpoenas served upon American Express Corporation and Chevy Chase Bank.

On February 7, 2006, after finding that Deal had satisfied the threshold standards set forth in 12 U.S.C. § 3410(a), the court ordered the respondent, the United States Government Printing Office ("GPO"), to file a sworn response as required by 12 U.S.C. § 3410(b). The GPO filed its response on February 22, 2006.

Now, upon consideration of the motion, the opposition thereto, and the record of this case, the court concludes that Deal's motion must be denied, and the case dismissed. The GPO has provided sufficient evidence that the records it seeks are relevant to a legitimate government inquiry.

Accordingly, it is this 27th day of February, 2006, hereby

**ORDERED** that movant's Motion to Challenge Government's Access to Financial Records is **DENIED**, and it is further

**ORDERED**, that the subpoenas at issue shall be enforced, and it is further

**ORDERED** that the case is dismissed.

Henry H. Kennedy, Jr.
United States District Judge